■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS DANIEL FELICIANO, Appellant. [735 NYS2d 846] —Judgment unanimously affirmed. Memorandum: By failing to move to withdraw the plea or vacate the judgment of conviction, defendant failed to preserve for our review his challenge to the factual sufficiency of the plea allocution (*see, People v Lopez,* 71 NY2d 662, 665; *People v Barry,* 288 AD2d 940). Contrary to the contention of defendant, this is not one of those rare cases in which preservation is not required; his recitation of the facts underlying the crime to which he pleaded guilty did not cast significant doubt upon his guilt or otherwise call into question the voluntariness of the plea (*see, People v Lopez, supra,* at 666). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Assault, 2nd Degree.) Present—Green, J. P., Kehoe, Burns, Gorski and Lawton, JJ.

■ STEVEN L. KUZNIK et al., Respondents, v LEON R. KUZNIK, JR., et al., Defendants, and JOHN BAUMGARTNER, Appellant. [735 NYS2d 460] —Order unanimously affirmed with costs for reasons stated in decision at Erie County Court, Drury, J. (Appeal from Order of Erie County Court, Drury, J.—Summary Judgment.) Present—Green, J. P., Kehoe, Burns, Gorski and Lawton, JJ.